MASON, Surv'g Partner, etc., v. B. & J. SLEVIN.

(No. 401, Op. Book, No. 1, p. 169.)

APPEAL from Lamar County.   Opinion by WHITE, J.

**§ 11. *Judgment by default.*** It is a rule of practice settled by an unbroken line of decisions in this state, that in a judgment by default the facts set out in the petition

are to be taken as proved.   [Watson v. Newsham, 17 Tex. 437; Guest v. Rhine, 16 Tex. 550; Willard v. Conduit, 10 Tex. 214; Swift v. Faris, 11 Tex. 19; Long v. Wortham, 4 Tex. 381; Hall v. Jackson, 3 Tex. 305; Ricks v. Pinson, 21 Tex. 508; Trabue v. Stonum, 20 Tex. 454; Niblett v. Shelton, 28 Tex. 551.]

§ 12. *After judgment by default.*   It is too late to object that petition does not set out the will and its probate substantially or in *hæc verba.*

§ 13. *Partnership; continuation of after death of a partner.*   A partnership can be extended by will so as to continue after the death of the testator.   [1 Pars. on Cont. 5th ed. p. 208, note *d.*]

April 12, 1877.                                    Affirmed.